No. 434.   GENDELMAN *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   *Charles H. Carr* for petitioner. *Solicitor General Perlman, Acting Assistant Attorney General Slack* and *John Lockley* for the United States.

No. 438.   CALIFORNIA STATE BOARD OF EQUALIZATION *v.* GOGGIN, TRUSTEE IN BANKRUPTCY.   C. A. 9th Cir.   Certiorari denied.   *Edmund G. Brown,* Attorney General of California, *Walter L. Bowers,* Assistant Attorney General, and *James E. Sabine* and *Edward Sumner,* Deputy Attorneys General, for petitioner.

No. 439.   MILWAUKEE TOWNE CORP. *v.* LOEW'S INCORPORATED ET AL.; and
No. 454.   LOEW'S INCORPORATED ET AL. *v.* MILWAUKEE TOWNE CORP.   C. A. 7th Cir.   Certiorari denied. *Thomas C. McConnell* for the Milwaukee Towne Corp. *Miles G. Seeley, Edward R. Johnston, John F. Caskey* and *Vincent O'Brien* for Loew's Incorporated et al.

No. 445.   UNION PACKING CO. *v.* CARIBOO LAND & CATTLE CO., LTD.   C. A. 9th Cir.   Certiorari denied.   *Benjamin W. Shipman* for petitioner.   *Charles E. Beardsley* for respondent.

No. 452.   VILLAGE OF SKOKIE *v.* FIRST NATIONAL BANK & TRUST CO.   C. A. 7th Cir.   Certiorari denied.   *Emmett J. McCarthy* and *Joseph J. Witry* for petitioner. *Charles F. Short, Jr.* for respondent.

No. 463.   SUNBEAM CORPORATION *v.* CIVIL SERVICE EMPLOYEES COOPERATIVE ASSOCIATION.   C. A. 3d Cir.